IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LANG | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  22-4042 |
| | : | |
| SPRINGFIELD SCHOOL DISTRICT | : | |

# ORDER

AND NOW, this 25th day of April 2024, upon considering defendant's motion for summary judgment (DI 14), plaintiff's opposition (DI 17), plaintiff's cross-motion for summary judgment (DI 18), defendant's response (DI 19), and for reasons in the accompanying memorandum, it is **ORDERED:**

1. Defendant's motion for summary judgment (DI 14) is **GRANTED in part**.

2. Plaintiff's cross-motion for summary judgment (DI 18) is **DENIED**.

3. We will hold a case management videoconference over Microsoft Teams on **May 15, 2024** at **3:00P.M.** and will send a videoconference link by e-mail to all counsel of record. All parties shall be prepared to discuss setting a date certain for trial.

_____
MURPHY, J.